UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for OHTacoma1SUBI a Series of OHTacoma1

Case No: 21-16972 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:
Michelle R. Driscoll a/k/a Michelle Brennan a/k/a Michelle Renee Driscoll

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of OHTacoma1SUBI a Series of OHTacoma1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/10/2023

/s/ *Denise Carlon*
Denise Carlon
10 May 2023, 17:07:04, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 89de26ee544a3563747d95af4b753b69b2a5f0cb3f9bd23272651a2beac708c4