Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16972−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle R. Driscoll
   aka Michelle Brennan, aka Michelle Renee
   Driscoll
   50 Bayshore Rd
   Cape May, NJ 08204−5110

Social Security No.:
   xxx−xx−3756

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 27, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-16972-JNP

Michelle R. Driscoll                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                      Page 1 of 2
Date Rcvd: Jun 27, 2023            Form ID: 148                  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michelle R. Driscoll, 50 Bayshore Rd, Cape May, NJ 08204-5110 |
| 519905564 | + | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 519905565 | + | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704, Land Home Financial Services, Inc. as se, 3611 South Harbor Blvd Suite 100 Santa Ana, CA 92704-7915 |
| 519299895 | | Samuel Driscoll, 50 Bayshore Rd, Cape May, NJ 08204-5110 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jun 28 2023 00:56:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519298922 | | Email/Text: ECF@fayservicing.com | Jun 27 2023 21:12:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519298923 | ^ | MEBN | Jun 27 2023 21:04:53 | KML Law Group, P.C., 701 Market St., #5000, Philadelphia, PA 19106-1541 |
| 519350734 | | EDI: PRA.COM | Jun 28 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519300150 | + | EDI: RMSC.COM | Jun 28 2023 00:56:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519343638 | ^ | MEBN | Jun 27 2023 21:04:04 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 519298924 | | EDI: LCIUPSTART | Jun 28 2023 00:56:00 | Upstart Loan, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor OHTacoma1SUBI a Series of OHTacoma1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Tamika Nicole Wyche | on behalf of Debtor Michelle R. Driscoll daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6